(89 South. 166)

### LANG v. STATE. (8 Div. 350.)

(Supreme Court of Alabama. May 12, 1921.)

Certiorari to Court of Appeals.

Petition by Bob Lang for certiorari to the Court of Appeals to review and revise a judgment of such court rendered in the appeal of petitioner in a criminal prosecution (89 South. 164). Writ denied.

Street & Bradford, of Guntersville, for appellant.

Harwell G. Davis, Atty. Gen., for the State.

MILLER, J. Petition of Bob Lang for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the appeal of Bob Lang v. State of Alabama. 89 South. 164. Writ denied.